Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNY HATCHER, | Case No. CV 08-42-OP |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE,[1] Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

///
///
///

---

[1] Michael J. Astrue, who was sworn in as the Commissioner of the Social Security Administration on February 12, 2007, is substituted as the Defendant pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

1

1  IT IS ADJUDGED that Judgment be entered affirming the decision of the
2  Commissioner of Social Security, and dismissing this action with prejudice.

5  DATED:   April 21, 2009

   _____
   HONORABLE OSWALD PARADA
   United States Magistrate Judge